# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:07CV78

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REAL PROPERTY IN SWANNANOA, NORTH CAROLINA, LOCATED AT STREET ADDRESSES 2294, 2296, 2298, and 2300 U.S. HIGHWAY 70, SWANNANOA, BUNCOMBE COUNTY, NORTH CAROLINA, PARCEL IDENTIFICATION NUMBER 9689-19-70-1523-000, BEING 1.347 ACRES, MORE OR LESS, AND MORE PARTICULARLY DESCRIBED IN A DEED RECORDED AT BOOK 2138, PAGES 287 AND 288, IN THE BUNCOMBE COUNTY, NORTH CAROLINA, LAND REGISTRY | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendant. | ) | |

**THIS MATTER** is before the court on claimants' Amended and Substituted Motion for the Claimants for a Stay of Civil Forfeiture *In Rem* Proceedings (#14). The government has consented to such stay. Finding that good cause exists for the proposed stay and that claimants are entitled to the stay the seek as a matter of law, 18 U.S.C. § 981(g)(2), the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that claimants' Amended and Substituted Motion for the Claimants for a Stay of Civil Forfeiture *In Rem* Proceedings (#14) is **GRANTED,** and this action is **STAYED** in its entirety pending resolution of any criminal proceedings related to this property or until such other time as may be deemed appropriate by the court. Docket Entries #7 and #10 are terminated as **MOOT**.

Signed: June 13, 2007

Dennis L. Howell
United States Magistrate Judge