# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:07CV78

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) REAL PROPERTY IN SWANNANOA, NORTH CAROLINA, LOCATED AT STREET ADDRESSES 2294, 2296, 2298, and 2300 U.S. HIGHWAY 70, SWANNANOA, BUNCOMBE COUNTY, NORTH CAROLINA, PARCEL IDENTIFICATION NUMBER 9689-19-70-1523-000, BEING 1.347 ACRES, MORE OR LESS, AND MORE PARTICULARLY DESCRIBED IN A DEED RECORDED AT BOOK 2138, PAGES 287 AND 288, IN THE BUNCOMBE COUNTY, NORTH CAROLINA, LAND REGISTRY ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE STATUS ORDER |
| Defendant. ) | |

**THIS MATTER** is before the court on periodic review of stayed cases. Review of the court's records reveals that there has been no substantive activity for more than two years. Inasmuch as the stay was allowed under 18 U.S.C. § 981(g)(2), the court has also reviewed the criminal docket and finds no activity there. While the court will not inquire into ongoing criminal investigations, the court will require a status report as to this civil action and some justification to keep this matter on the court's stayed docket.

**ORDER**

**IT IS, THEREFORE, ORDERED** that counsel for the respective parties file a joint status report not later than September 18, 2009.

Signed: September 10, 2009

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge