# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:07CV78

| | |
|---|---|
| UNITED STATES OF AMERICA, ) )   ) Plaintiff, )   ) v. )   ) REAL PROPERTY IN SWANNANOA, NORTH CAROLINA, LOCATED AT STREET ADDRESSES 2294, 2296, 2298, and 2300 U.S. HIGHWAY 70, SWANNANOA, BUNCOMBE COUNTY, NORTH CAROLINA, PARCEL IDENTIFICATION NUMBER 9689-19-70-1523-000, BEING 1.347 ACRES, MORE OR LESS, AND MORE PARTICULARLY DESCRIBED IN A DEED RECORDED AT BOOK 2138, PAGES 287 AND 288, IN THE BUNCOMBE COUNTY, NORTH CAROLINA, LAND REGISTRY ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendant. ) | |

**THIS MATTER** is before the court on periodic review of the docket. Such review reveals that this action is the oldest active case in the Asheville Division, pending for 1474 days. Counsel for the government will be required to file a status report and any appropriate motion not later than Friday, March 25, 2011.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government shall file a status report and any appropriate motion not later than Friday, March 25, 2011.

Signed: March 14, 2011

Dennis L. Howell
United States Magistrate Judge