# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:07cv78

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **REAL PROPERTY IN SWANNANOA,** ) | |
| **NORTH CAROLINA, LOCATED AT** ) | |
| **STREET ADDRESSES 2294, 2296,** ) | |
| **2298, and 2300 U.S. HIGHWAY 70,** ) | |
| **SWANNANOA, BUNCOMBE** ) | |
| **COUNTY, NORTH CAROLINA,** ) | |
| **PARCEL IDENTIFICATION NUMBER** ) | |
| **9689-19-70-1523-000, BEING 1.347** ) | |
| **ACRES, MORE OR LESS, AND** ) | |
| **MORE PARTICULARLY DESCRIBED** ) | |
| **IN A DEED RECORDED AT BOOK** ) | |
| **2138, PAGES 287 AND 288, IN THE** ) | |
| **BUNCOMBE COUNTY, NORTH** ) | |
| **CAROLINA, LAND REGISTRY,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**THIS MATTER** is before the Court on the Government's Consent Motion to Dismiss [Doc. 26].

For the reasons stated in the Government's Motion, and with the consent of the Claimants, **IT IS, THEREFORE, ORDERED** that the

Government's Consent Motion to Dismiss [Doc. 26] is **GRANTED**, and this action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed: May 2, 2011

Martin Reidinger
United States District Judge