# United States District Court
# For The Western District of North Carolina
# Asheville Division

United States of America ,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                        1:07-cv-00078

Real Property in Swannanoa, North Carolina ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/2/2011 Order.

                                                Signed: May 3, 2011

                                                Frank G. Johns, Clerk
                                                United States District Court